UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>INDEGENE, INC., a Delaware corporation, INDEGENE ENCIMA, INC., INDEGENE WINCERE, INC., and INDEGENE HEALTHCARE, LLC,<br><br>Defendants. | Docket No. 1:20-cv-10106 MAS-DEA |

**APPENDIX OF EXHIBITS TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

**Exhibit A**   Deposition of Anthony Yanessa, D.C., Plaintiff's 30(b)(6) Witness

**Exhibit B**   Deposition of Nathan Ekanathan, Defendants' 30(b)(6) Witness

**Exhibit C**   American Medical Association (AMA) Disclosure (INDSUPP_0037-0045)

**Exhibit D**   Responses from AMA Regarding Consent Provided by Progressive Health (INDSUPP_0048-0052)

**Exhibit E**   AMA 2014 Physician Census Form (INDSUPP_0033-0036)

**Exhibit F**   AMA Privacy Policy (INDSUPP_0046-0047)

**Exhibit G**   Expert Rebuttal Report of Jerome B. Cohen

**Exhibit H**   Deposition of Steven Mann