**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **PROGRESSIVE HEALTH AND REHAB CORP., an Ohio corporation, individually and as the representative of a class of similarly situated persons,**<br>**Plaintiff,**<br>**v.**<br>**INDEGENE, INC., *et al.*,**<br>**Defendants.** | **Case No. 20–cv–10106–ESK–AMD**<br>**ORDER** |

**THIS MATTER** having come before the Court on plaintiff Progressive Health and Rehab. Corp.'s motion for class certification (Motion) (ECF No. 121); and for the reasons stated in the accompanying opinion,

**IT IS** on this **17th** day of **July 2025** **ORDERED** that:

1. The Motion is **GRANTED**. The Court certifies plaintiff's proposed "Class A."

2. The law firm Anderson + Wanca is appointed class counsel.

3. The law firm Giordano, Halleran & Ciesla is appointed liaison counsel.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**