**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | | |
|---|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP., individually and as the representative of a certified class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>INDEGENE, INC., INDEGENE ENCIMA, INC., INDEGENE WINCERE, INCORPORATED, and INDEGENE HEALTHCARE, LLC,<br><br>Defendants. | ) | Civil Action No.:<br>1:20-cv-10106-ESK-AMD |

**ORDER PRELIMINARILY APPROVING CLASS**
**ACTION SETTLEMENT AND APPROVING CLASS NOTICE**

This matter coming before the Court on the "Motion for Preliminary Approval of Class Action Settlement and Notice to the Settlement Class" (the "Motion"), after review and consideration of the Parties' Settlement Agreement and having been fully advised in the premises, IT IS HEREBY ORDERED and adjudged as follows:

1. On July 17, 2025, this Court certified the following Class:

> All persons or entities who were successfully sent a Fax, on or about February 7, 2020, that states "Medical Record Review of the Impact of Adverse Events Associated with the Use of Current anti-Parkinson's Disease Medications on Patient Clinical Therapeutics and Outcomes Trajectories in the U.S.," and offers an honorarium of $250 per eligible patient.

(hereinafter referred to as the "Settlement Class.")

Excluded from the Class are Defendants, any parent, subsidiary, affiliate or controlled persons of Defendants, as well as the officers, directors, members, managers, agents, servants or employees of Defendants and the immediate family members of such persons, and the Court and its officers.

2. The Court previously appointed Plaintiff as the "Class Representative" and appointed the law firm of Anderson + Wanca as "Class Counsel."

3. Pursuant to Federal Rules of Civil Procedure 23, the settlement of this action, as embodied in the terms of the Settlement Agreement, is preliminarily approved.

4. The Settlement Agreement is incorporated by reference into this Order (with capitalized terms as set forth in the Settlement Agreement used hereafter) and is hereby preliminarily adopted as an Order of this Court.

5. The Settlement Agreement proposes notice of the settlement to the Settlement Class by sending the Notice via facsimile and, if unsuccessful then Notice with a Claim Form will be sent by U.S. First Class mail for whom an address was provided by Defendant (if any), or for whom the Parties were able to acquire an address via reverse lookup. These addresses will be compared against the United States Postal Service's National Change of Address (NCOA) database prior to mailing. The Settlement Administrator will re-mail any mailed Notices returned as undeliverable, and for whom forwarding addresses are provided by the USPS. Approximately 21 days after the initial Notice by fax, the Settlement Administrator will cause the Notice with the Claim Form to be sent by fax a second time to all the records on the Class List where the member has not filed a claim or otherwise responded to the previous Notice. A website will be set up by the Settlement Administrator for Class members to access the Settlement documents.

6. The Court finds that such notice satisfies the requirements of due process and Federal Rule of Civil Procedure 23. The plan for Notice is approved and adopted. The Court orders that the Parties provide the notice to the Settlement Class as proposed in the Settlement Agreement. The Court approves the form of the Notice as contained in Exhibit 2 to the Settlement Agreement. The Court also approves ANALYTICS as the Settlement Administrator.

7. The Court hereby sets deadlines and dates for the acts and events set forth in the Settlement Agreement and directs the Parties to incorporate the deadlines and dates in the Class Notice:

(a) The Notice shall be sent by the Settlement Administrator on or before _ _September 10_____, 2026;

(b) Requests by any Settlement Class member to opt out of the settlement must be submitted to Class Counsel (with a copy to Defendant's counsel) on or before December 9___, 2026, or be forever barred;

(c) Objections, including supporting memoranda, shall be filed in this Court and postmarked and served on Class Counsel and Defendant's counsel, on or before December 9, 2026, or be forever barred;

(d) Completed and signed Claim Forms shall be postmarked or submitted to the Settlement Administrator on or before ___December 9______, 2026; and

(e) Class Counsel will retain a copy of all requests for Exclusion. Not later than seven (7) days prior to the Final Approval date, Class Counsel shall file an affidavit with the Court that lists all opt-outs received.

7. The final approval hearing, set forth in the Class Notice, is hereby scheduled for __January 12_____, 2027, at __10_____a.m., before the Honorable __Edward S. Kiel_______, in Room 4D, U.S. District Court for the District of New Jersey, Mitchell H. Cohen Building, 4th & Cooper Streets, Camden, New Jersey, 08101. Papers in support of the final approval of the Agreement, the Service Award to Plaintiffs and Class Counsel's application for an award of attorneys' fees, costs and expenses shall be filed no later than seven (7) days prior to the Final Approval date. ENTER:

*/s/ Edward S. Kiel*
The Honorable Edward S. Kiel

August 27, 2026
Date